# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGSIR K. TOOR, PARAMVIR S. TOOR by and through his Guardian ad litem JAGSIR K. TOOR, RAJVIR S. TOOR by and through his Guardian ad litem JAGSIR K. TOOR, BALWANT S. TOOR, and GURBAX K. TOOR,<br><br>**Plaintiffs**,<br>v.<br><br>PRUCO LIFE INSURANCE CO., THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, HARDEV S. GILL, and DOES 1-25,<br><br>**Defendants.** | CIV F 06-264 AWI LJO<br><br>ORDER VACATING HEARING DATE OF APRIL 24, 2006 AND TAKING MOTIONS UNDER SUBMISSION |

Defendant Hardev Gill's motion to dismiss and Plaintiffs's motion to remand are pending in this action and are set for hearing on Monday, April 24, 2006. The court has reviewed the moving papers and has determined that these matters are suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 24, 2006, is VACATED, and the parties shall not appear at that time. As of April 24, 2006, the Court will take Defendant's motion to dismiss and Plaintiffs's motion to remand under

1  submission and will thereafter issue its decision.

3  IT IS SO ORDERED.

4  **Dated:      April 19, 2006**                              **/s/ Anthony W. Ishii**
　　0m8i78                                                              UNITED STATES DISTRICT JUDGE

daw                                                                                2