UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGSIR K. TOOR,<br><br>            Plaintiff,<br>    vs.<br><br>PRUCO LIFE INSURANCE<br>COMPANY, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV F 06-0264 AWI LJO<br><br><u>ORDER AFTER SETTLEMENT</u> |

    Plaintiff's counsel indicated that settlement has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, no later than July 3, 2006, to file papers to dismiss this action in its entirety.

    This Court VACATES all court dates, including the June 7, 2006 scheduling conference, and any other pending matters.

    Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violate this order. *See* Local Rule 16-160 and Local Rule 16-272.

    IT IS SO ORDERED.

**Dated:   May 31, 2006**              /s/ Lawrence J. O'Neill
66h44d                          UNITED STATES MAGISTRATE JUDGE