IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGSIR K. TOOR, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>PRUCO LIVE INSURANCE COMPANY, et al.,<br><br>        Defendants. | CIV- F-06-0264 AWI LJO<br><br>ORDER AMENDING ORDER DISMISSING ACTION |

      On June 14, 2006, the parties filed a stipulation for dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  The notice was signed by the parties who have appeared in this case.   On June 19, 2006, the court directed the Clerk of the Court to close the case in light of the parties' stipulation for "Dismissal Without Prejudice."   The court's order should have read: "Stipulation For Dismissal With Prejudice," and the use of the term "Without Prejudice" in the court's order was a result of a clerical error.

      Accordingly, all references in the June 14, 2006 order to "Without Prejudice" are AMENDED to read "With Prejudice."

IT IS SO ORDERED.

**Dated:**   **June 21, 2006**              /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE